COOLEY LLP
RICARDO RODRIGUEZ (173003)
BENJAMIN G. DAMSTEDT (230311)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663
Email:  rr@cooley.com and bdamstedt@cooley.com

-and-

COOLEY LLP
ROBERT L. EISENBACH III (124896)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
Email: reisenbach@cooley.com

Attorneys for Plaintiff
ZENITH ELECTRONICS LLC

**FILED & ENTERED**

**OCT 07 2013**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| RICHARD YIN-CHING HOUNG aka, RICHARD HOUNG | Case No.  10-18712 ES |
| Debtor. | |
| ZENITH ELECTRONICS LLC | Adv. Proc. No. 10-01466 ES |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT** |
| RICHARD YIN-CHING HOUNG aka RICHARD HOUNG | |
| Defendant. | |

The Court having read and considered the Stipulation for Entry of Judgment, docketed as number 111 on the Court's docket, by and between Plaintiff Zenith Electronics LLC and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1331601 v1/SF

1.

**STIPULATED JUDGMENT**
**ADV. PROC. NO. 10-01466**

1  Defendant Richard Yin-Ching Houng,

2  **IT IS HEREBY ORDERED AS FOLLOWS:**

3  1.  The Stipulation for Entry of Judgment is approved in its entirety.

4  2.  Judgment is hereby awarded in favor of Plaintiff and against Defendant in the amount of $7,500,000, plus post-judgment interest, and such Judgment and debt is hereby determined to be, and shall be, non-dischargeable and excepted from any discharge Defendant may receive, pursuant to 11 U.S.C. § 523(a)(6).

###

Date: October 7, 2013

Erithe Smith
United States Bankruptcy Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1331601 v1/SF

2.

STIPULATED JUDGMENT
ADV. PROC. NO. 10-01466

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  **Stipulated Judgment**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*)  October 3, 2013 , the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Mark Bradshaw: mbradshaw@shbllp.com, sswartzell@shbllp.com
- Robert L Eisenbach: reisenbach@cooley.com
- Duane Kumagai: dkumagai@davidoffgold.com
- United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

***Debtor/Defendant:***
Richard Yin-Ching Houng
20 Early Light
Irvine, CA  92620

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* 

**F 9021-1.1.NOTICE.ENTERED.ORDER**

1331601 v1/SF